UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
MIDDLE DIST. OF LA

2012 NOV 13 PM 2:45

SIGN _____
BY DEPUTY CLERK

PAUL M JOHNSON PRO SE
**name of plaintiff(s)**

versus

CIVIL ACTION

NO. ~~XX-XXXXXXXX~~ _____)

ATTORNEY OFFICE OF
NEWMAN, MATHIS, BRADY & SPEDELE
**name of defendant(s)**

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   All conditions precedent to the bringing of this action have been performed, waived or excused. The jurisdiction of this Court is conferred by 15 U.S.C. 1605 V. Venue is proper in this Circuit pursuant to 28 U.S.C. 1391 15 U.S.C. 1692i

2. Plaintiff, PAUL M. JOHNSON resides at

   328 FLICKER STREET, BATON ROUGE,
   **street address** — **city**

   EBRP, LA, 70807, (225) 573-3391
   **parish** **state** **zip code** **telephone number**

   (if more than one plaintiff, provide the same information for each plaintiff below)

3. Defendant, NEWMAN, MATHIS, BRADY & SPEDELE lives at, or its business is located at 3301 NORTH BOULEVARD,
   **street address**

   BATON ROUGE, EBRP, LA,
   **city** **parish** **state**

   70806, 225-343-1300.
   **zip code** **telephone number**

Receipt # 4699020469

(if more than one defendant, provide the same information for each defendant below)

4. Statement of claim ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Defendent has been notice three times by certified mail to produce documents under 15. chp 41 subchpt 4 sec 1692g, defendent haven't respond and in regard to that Pledge Attorney CHARLES E. SPEDEL proceded with Judicial process without proper standing, the EBRP Courts were misled to the facts and did not Adhear to my complient SEE ATTACHMENTS

5. Prayers for Relief (list what you want the Court to do):

a. Plantiff Request Courts to make defendent comply under 15 USC 1692l

b. To review all defendent document Including Jurisdiction in this matter

c. When defendent is found in none compliance with 15 USC 1692c-1692j

d. Defendent is to make plantiff whole again as Judge see fit

I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this November day of 13 , 20 12

Paul M Johnson UCC 1-308

(signature of plaintiff (s))

*PAUL COPY*

| | |
|---|---|
| FAMILY FINANCIAL SERVICES | SUIT NUMBER: 09-03136-A |
| | BATON ROUGE CITY COURT |
| VERSUS | CITY OF BATON ROUGE |
| PAUL JOHNSON | STATE OF LOUISIANA |

### JUDGMENT

On motion of Charles E. Spedale of the law firm of Newman, Mathis, Brady & Spedale, Attorneys for Plaintiff, and on producing due proof in support of plaintiff's demand, the law and evidence being in favor of plaintiff; for the defendant failing to appear and answer and the legal delays in which to answer having elapsed and plaintiff making due proof of claim herein:

IT IS ORDERED, ADJUDGED AND DECREED, that judgment be rendered herein in favor of plaintiff, Family Financial Services, and against defendant, Paul Johnson (SS#XXX-XX-9288), in the full sum of $2,882.28, together with interest at the rate of 33.83% per annum from March 11, 2009, until one year from the contractual maturity date, October 5, 2011, and thereafter at the rate of 18.00% per annum until paid in full, plus the additional amount of 25.00% per cent of the principal and interest as attorneys fees and for all costs of these proceedings.

JUDGMENT READ, RENDERED AND SIGNED on the 14 day of May, 20 09 at Baton Rouge, Louisiana.

_____
JUDGE, BATON ROUGE CITY COURT

RESPECTFULLY SUBMITTED BY:

NEWMAN, MATHIS, BRADY,
& SPEDALE
3301 NORTH BOULEVARD
BATON ROUGE, LOUISIANA 70806
(225) 343-1300

BY: _____
CHARLES E. SPEDALE
BAR ROLL NO. 12324

PLEASE SERVE DEFENDANT

Paul Johnson
328 Flicker St.
Baton Rouge LA 70807

FILED _____
(SIGNED) _____
Deputy Clerk
Baton Rouge City Court

A TRUE COPY _____
(SIGNED) _____
Deputy Clerk
Baton Rouge City Court

| | | |
|---|---|---|
| FAMILY FINANCIAL SERVICES | * | SUIT NUMBER: 09-03136-A |
| | * | THE CITY COURT |
| VERSUS | * | CITY OF BATON ROUGE |
| PAUL JOHNSON | * | STATE OF LOUISIANA |

### PETITION FOR GARNISHMENT

The petition of FAMILY FINANCIAL SERVICES , plaintiff in the above numbered and entitled cause, respectfully represents:

1.

Petitioner is the judgment creditor of the defendant, Paul Johnson, in the above captioned matter. Petitioner desires that a writ of fieri facias issue in this case to enforce the judgment rendered in this case.

2.

Petitioner has reason to believe that defendant is employed by Turner Industrial Maintenance, LLC , and that this employer is, or will, be indebted unto defendant for his/her wages, salary or commission.

3.

Petitioner tenders, for deposit into the registry of the Court for the account of defendant's employer, the attorney's fees required for the garnishment of wages, salaries or commissions.

WHEREFORE, petitioner prays that, Turner Industrial Maintenance, LLC , be cited as garnishee, and ordered to answer under oath and in writing, the annexed interrogatories, as provided by law; that petitioner be authorized to deposit into the registry of the Court, for the account of the garnishee, the attorney's fees required by law; and that this Court issue a writ of fieri facias, commanding the Constable, Baton Rouge City Ct, to seize the non-exempt portion of the wages, salary or commissions due defendant, sufficient to satisfy petitioner's claim, according to law.

BY ATTORNEYS:
NEWMAN, MATHIS, BRADY,
& SPEDALE
3301 NORTH BOULEVARD
BATON ROUGE LA 70806
(225) 343-1300
BY: _____
Charles E. Spedale
Bar #12324

### CERTIFICATE

I hereby certify that a copy of the above and foregoing has been mailed to the defendant, properly addressed, first-class postage prepaid this 14 day of May, 2012.

_____
Charles E. Spedale

| | |
|---|---|
| FAMILY FINANCIAL SERVICES | * SUIT NUMBER: 09-03136-A |
| | * THE CITY COURT |
| VERSUS | * CITY OF BATON ROUGE |
| PAUL JOHNSON | * STATE OF LOUISIANA |

## ORDER

IT IS ORDERED that petitioner be permitted to deposit into the registry of this Court, for account of the garnishee, the attorney's fees required by law; that a writ of fieri facias issue, commanding the Constable, Baton Rouge City Ct, State of Louisiana, to seize the non-exempt portion of the wages, salary or commissions due the defendant sufficient to satisfy petitioner's judgment; and Turner Industrial Maintenance, LLC be cited as garnishee, and ordered to answer the annexed interrogatories, as is required by law.

Baton Rouge, Louisiana, this _____ day of _____, 20_____.

_____
JUDGE, CITY COURT OF BATON ROUGE

PLEASE SERVE
Turner Industrial Maintenance, LLC
through: L.J. Griffon, Jr.
8687 United Plaza Blvd.
Baton Rouge, La 70809

| | |
|---|---|
| FAMILY FINANCIAL SERVICES | *   SUIT NUMBER: 09-03136-A |
| | *   THE CITY COURT |
| VERSUS | *   CITY OF BATON ROUGE |
| PAUL JOHNSON | *   STATE OF LOUISIANA |

### STATEMENT OF SUMS DUE

In compliance with the provisions of La. R.S. 13:3923 as amended by Act 359 of 1976, the following is a statement of sums due under the garnishment filed in the above captioned case. In addition to the sums due shown below, the judgment provides for the full sum of $2,882.28, together with interest at the rate of 33.83% per annum from March 11, 2009 until one year from the contractual maturity date, October 5, 2011, and thereafter at the rate of 18.00% per annum until paid in full, plus the additional amount of 25.00% per cent of the principal and interest as attorneys fees and for all costs of these proceedings as per the following to wit:

| | |
|---|---|
| Principal | $2,882.28 |
| Interest through 5/31/12 | $584.85 |
| Court Costs to date* | $204.50 |
| Attorney's fees | $866.78 |
| Other costs | $0.00 |
| Private Process Server fees | $0.00 |
| Subtotal | $4,538.41 |
| Credits | $0.00 |
| Total Due | $4,538.41 |

**\*THIS IS A BEGINNING BALANCE ONLY. Court costs are figured to date and do not include costs incurred in this garnishment proceeding. Further, additional interest and attorney's fees will accrue after the date set forth above. Additionally, a commission is due the Constable, Baton Rouge City Ct.**



PLAINTIFFS

NEWMAN, MATHIS, BRADY & SPEDAL; EN TEL ALL

VERSUS ????

RESPONDENT PAUL M. JOHNSON SU JURIS

RIGHTS FOR

NOTICE OF DEMAND FOR VERIFIED ASSESSMENT

SUIT NUMBER: 09-03136-A

FOR CEASE AND DESIST ABUSIVE COLLECTION PRACTICE FOR VIOLATING TITLE 15>SUBCHAPTER V>???1692

NOTICE TO AGENT –IS – ALSO-NOTICE TO PRINCIPAL

I,S,L,A,M Paul M. Johnson, am a living breathing, thinking sentinel being with royal blood flowing through my body. (man)

I Paul M. Johnson am not a body politic nor am I a corporate entity (eng Legas) And I Paul M. Johnson am not a joinder to the fraud. I Paul M. Johnson will be referred to as respondent throughout this notice/affidavit.

I Respondent am responding to your petition for garnishment lawsuit #09-03136-A. I am not exactly sure of the nature and cause of these accusations. It appears that the plaintiffs are alleging that there is a lawful contract binding that I, respondent, am unconsciously aware of. It also appears that the plaintiff in their assumption/presumption have started the process of adjudication before the plaintiffs have establish proper standing, venue and/or subject matter jurisdictions. I am not a lawyer nor do I profess to be but laws were written that a simple layman can interpret and protect his property.

The plaintiffs your process may be legal but it is certainly not lawful and can be considered as fraud when dealing with real men/women.

Therefore I respondent am disputing your claim until you can provide respondent with all requests listed below. (and Title 15>Chapter 41>schp 5,sec 1692)

Plaintiffs are herein demanded by the respondent to verify that you and your delegates/agents collection activities and performances are within your official duties as the officer or employee or assignee of the United States Government.

2. The Respondent has not seen or been presented with any admissible evidence which demonstrates that primarily the Plaintiff is something other than a corporation unlawfully acting under color of law as a government agency and believe none exist.

I would be remiss if I didn't inform you that if you are any of the above actors, such as debt collector, lawyers, judge, government officer, ect., you are all in violation of the following. Please be advised that a copy of this notice/affidavit will be mailed to the Commissioner of Trade for Administrative Enforcement under Title 15, >Chapter 41>Subchapter V>Section 16921.

VIOLATION

1. Title 15>>Chapter 41>Subchapter V>Section 1692A – 1692(n) Abusive Collection Practice
2. The Sixth Amendment (cause and nature)
3. The Eleventh Amendment (no judicial power)
4. Title 27 CFR |72.11
5. Respondent will sue all lawyers en tell all under=Barratry, Champerty, bring a case to court with unclean hand and fictitious plaintiff and evoking the adjudication process without judicial power.
6. Title 16 USC. sec 551
7. Title 43 USC.sec 1761
8. Title 18 USC.sec 7(1)
9. Title 18 USC.sec 3045
10. Will leave open for Commissioner to add by his discretion.

NOTICE

Notice to the agent is notice to the principle. Notification of legal responsibility is the first essential of "due process" of law. See *Connally vs. General Construction CO, 269 US, 385, 01.* Your silence equates to acquiescence and tacit approval for the declaration of facts and conclusion herein being established as fact as law matters and this affidavit will stand as final judgment in this matter if no reply is delivered within 30 days. You are agreeing to forgo and are thusly legally estoppels pursuant to: *Carmine vs. Rowen, 64A, 932, 1906* Silence Activates Estoppel.

Plaintiffs are herein demanded by respondent to produce
1. copy of license to practice law from Louisiana Secretary of State
2. copy of your oath of office to uphold the constitution for the United States
3. copy of your declaration of authority order (DOAO)
4. Supreme Court Order for you to practice law outside the jurisdiction of the courts
5. copy of tax forms IW9, W9, 1042 showing whether you are foreign or domestic
6. do you derive your authority from the state of Louisiana? if so send copy of document showing whether Louisiana enter into the union of states on equal footing
7. copy of document showing Louisiana is a state or a possessory territory

Plaintiff is demanded by respondent to prepare and produce a list of all and any participant in this matter (fraud) and to produce any written or express consent for your are your client to contact me.

It is presumed that the United States acquired the land where the United States is exercising its special maritime and territorial jurisdiction; was conveyed to the United States by the legislature of Louisiana, and is so, where is the enactment by the Louisiana Legislature that conveyed the land as mandated by Article IV, Section 3? (Louisiana became a state with no land ceded to it). Which brings us to the doctrine of

THE CLEAN HAND AND FICTITIOUS PLAINTIFFS DOCTRINE

Under this doctrine I am confused about the above-mentioned attorney who makes me think that they are using their offices, position, badges and title to intimidate and coerce the respondent under colorable law and fraud when the document clearly states:

All cases in law equity, admiralty or maritime are now classified as "civil actions" civil maritime and admiralty actions requires a contract between a plaintiff and a defendant for the plaintiff to have standing to sue and for the court to have jurisdiction of the subject matter to bind the accused into a maritime criminal jurisdiction, which alleged attorneys haven't produced.

STATEMENT OF FACTS
1. The Respondent has not seen or been presented with any admissible evidence which demonstrates that primarily the Plaintiff is something other than debt collection agency and believe that none exist.

I, Paul M. Johnson, hereby and herein reserve the right and am the only party with said right for amending and making amendment to this document as necessary in order that truth may be ascertained and its proceeding justly determined.

I, Paul M. Johnson do herewith declare, state, and say that I, Paul M. Johnson, issue this with sincere intent in truth, that I Respondent am competent by stating the matter set forth herein that content are true, correct, complete, and admissible as evidence; reasonable not misleading and by my best knowledge ??me the Respondent.

I look forward to your responses. Thank you.

_____ Sui Juris
Paul M Johnson
UCCD 476                    Unrepresented

SWORN TO & SUBSCRIBED BEFORE ME
THIS 29 DAY OF May 2012
_____
ERIKA L. STRAWBRIDGE #85413

This document was prepared by the parties herein and not by the Notary Public. The parties herein agree to hold Notary harmless for any errors in this document or for failure to record the document.

Fictitious Plaintiffs
Family Financial Service
Newman, Mathis, Brady, & Spedale
Laura Davis Acting as [Judge]

In Re

Suit Number – 09-03136-A
Baton Rouge City Court
City of Baton Rouge
State of Louisiana

Respondent – Paul M Johnson
Non domestic

Notice Default and or Fraud
Certified Mail:

c/o 328 Flicker Street
Baton Rouge [La 70806]

CHANGE OF VENUE/JURISDICTION IN ACCORDANCE WITH TITLE 28 U.S.C. SEC 1333
This is my final constructive notice of default to all party's involved in the conspiracy to commit fraud to prove up the claim. You were all sent a certified mail for request to prove up the claim or cease and desist under color of law desist for action until you prove up the claim of commerce in accordance with Title 15 U.S.C. Chap 41 Sec 1692g (fDCPA) however you and your conspirators have proceeded with adjudication under fraudulent color-of-authority. Without subject matter jurisdiction, venue/jurisdiction, without proper standing in accordance with (15 U.S.C.A. Sec 1692a and 1692f) Plaintiffs have intentionally come into court with unclean hands, in bad faith. Invoking judicial activities without judicial power (according to the 11 amends) false and misleading representation in accordance with (15 U.S.C.A Chap 42 Sec 1692d harassment and abuse) (15 U.S.C.A. Sec 1692e –FDCPA) you have even filed/enter deceptive forms in to the courts not with (15 U.S.CA. Sect 1692j) these actions can be charge under R.I.C.O. Act and or barratry.

However you have 15 days to respond to this notice. Non response or partial response to this notice is a dishonor and disregard of duty thus establish acceptance and agreement as fact by default, thus creating a valid and binding contract. By tacit approval, silence and acquiesce, establishing a full and complete acceptance of all claims herein and creates a permanent and irrevocable estoppel, forever baring future counter claim(s) contemplating any claim or declaration herein under any statutes or acts.

With that said to attorney listed above and judge/clerk of court it has been brought to my attention where document fraud has occurred (please see attachments) it appears you are representing a fictitious plaintiff you were also sent negotiable debt instruments (IRS official forms) 1099a, 1099oid, 1099c you are demanded to return all instrument or be charged under the federal law (26 CFR 1.1275-1(g) and 1.1275-3) and 18 U.S. Code 2071, 2073, 2075 and 2076

NOTICE

You have hereby been legally notified of this fraud and your involvement, whether knowingly or

1

unknowingly, and you therefore may make no future claim of a lack of knowledge of these criminal activities and your participation therein, which could absolve you of liability or culpability. It is my intent to pursue any and all legal remedies against any and all participants regarding these fraudulent acts. The Bonding companies of those involved will be notified of claims and or complaint regarding the civil matters. This is very real and serious matter that is being and will be pursued with all those who are identified as being complicit in any fraud being prosecuted to the fullest extent of the law and civil action taken to recover damages.

All recipients of this notice are bonded or should be bonded by statutes executive orders and acts and codes that invoke the civil remedy in the several states, the United States, the United Kingdom, United Nations and Rome to preform their duties of office or position or face charges that will result in one or more of the following: UCC 9 Agricultural lien, maritime lien, federal torts claims. Arrest of Bond, title 18 violations investigation tax fraud, investigation and/or Patriot Act, subtitle A, money laundering investigation, as well as counterfeiting and conspiracy to defraud. All property's all money's gain from your extortion such as garnishment amount on all my resources totaling in amount of $5000.00 x 10 all violation start at 1000.00 per charge under FDCP 1000.00 x 20 (FDCP (See complaint)
Title 18 U.S. Code 2071, 2073, 2075 and 2076

However I still look forward to your response in this matter in good faith prey we can solve this matter under truth in commerce all response are to be made to the above address under penalty of prejudice signed

*[Signatures: Notary Public, State of Louisiana, dated 06 2203; Paul M Johnson UCC1-308]*

# Family Financial Services, Inc.

646 North Foster Drive, Suite C    Baton Rouge, Louisiana    Telephone 225-926-2076    Facsimile 225-926-2159

Paul M Johnson
328 Flicker St.
Baton Rouge, LA 70807

August 1, 2012

Dear Mr. Johnson:

Please be advised that your loan is no longer serviced by Family Financial Services. Excel Finance Company purchased this loan in May, 2011. Their telephone number is (225) 924-4448.

Please remit payments and send all correspondence to:

> Excel Finance Company
> 9230 Florida Blvd
> Suite A
> Baton Rouge, LA 70815

Regards,

Family Financial Services, Inc.

_amily Financial_ vs. _Paul Johnson_
Plaintiff / Defendant

BATON ROUGE CITY COURT
233 ST. LOUIS STREET
BATON ROUGE, LA 70802
TELEPHONE: (225) 389-3017

SUIT NO.: 09-03126-A

DATE: 10-1-12

TO: Paul Johnson

Enclosed please find a copy of _Re: Letter_ you submitted in reference to the above-numbered and entitled suit. It is being returned to you because:

MH-2

**REASONS FOR RETURNING JUDGMENT:**
- Answer filed by defendant. Trial request should be submitted.
- A defendant against whom judgment is being taken has not been served.
- Judgment does not agree with minute entry.
- Original promissory note has not been made a part of the record.
- No affidavit of correctness in record.
- Affidavit of correctness is not complete.
- Affidavit of correctness is not notarized.
- Affidavit of correctness does not accurately reflect the amount due.
- Principal amount prayed for in judgment exceeds that in petition.
- No proof of debt: Need original invoices, promissory note or lease.
- No proof of legal assignment of debt/note.
- No proof of attorney's fees: Need copy of contract or compliance with La. R.S. 9:2781.
- Interest exceeds that amount allowed by La. Consumer Credit Law.
- Need current Affidavit of Correctness.
- Interest exceeds the maximum allowable after maturity (R.S. 9:3522)
- No indication that the rebate required by R.S. 9:3533 was given.
- Not in compliance with La. R.S. 9:2781 because _____

**REASONS FOR RETURNING GARNISHMENT JUDGMENT:**
- Garnishment judgment cannot be submitted for signature at the same time as the garnishment petition. Answers to Interrogatories must first be received.
- Original notarized Answers to Interrogatories have not been filed.
- Garnishment judgment does not contain "upon reaching preference status" language, or some other provision either guaranteeing satisfaction of prior garnishment or that there are no prior garnishments.
- Garnishment judgment does not show that deductions should be made to the Constable of Baton Rouge City Court.
- Answers to Interrogatories are not notarized.

**REASONS FOR RETURNING GARNISHMENT PETITION, JUDGMENT DEBTOR RULE, OR SUMMARY JUDGMENT:**
- No judgment in file.
- Defendant has not been served with the judgment.
- No statement of sums due in record. (See La. R.S. 13:3923)
- Statement of sums due is incorrect. (See below)
- No Order accompanied the pleading/filing.
- Delays for new trial and appeal have not elapsed.
- No memorandum in support of Motion - Court rule
- Rule to Show Cause should be filed. Garnishment affects spouse of judgment debtor.

**MISCELLANEOUS:**
- Motion submitted without Order.
- Pleading is unsigned.
- Original petition unsigned.
- Motion for trial date submitted before discovery cut-off date.
- Motion for trial date submitted prior to resolution of Motions and Exceptions.
- Motion for trial date submitted before: ___ a party has answered; ___ Reconventional Demand or Counterclaim has been answered.
- Motion not in compliance with Local Rule 7-B. (See reverse side).
- Motion for preliminary default submitted when no preliminary defaults are taken in City Court.
- Motion does not indicate either "with prejudice" or "without prejudice".
- Motion does not indicate at whose cost the suit is to be dismissed.
- Costs cannot be assessed to defendant unless his signature appears on the Motion.
- No certified true copy of Judgment submitted.
- Defendant has not been served with the Judgment as required by La. C.C.P. 1913.
- If each party is to bear their own cost, each party must sign the Motion.
- Subpoenas not issued for in chambers status conference.
- Subpoena request not timely filed. (See reverse side).
- Same _____ already signed and made a part of the record.
- ✓ OTHER _Judgment was signed on 5-14-2009. If you believe it was obtained in error, please seek legal advice and file the proper pleadings._

LAW CLERK: _Miya Edwards_   TELEPHONE: _289-8471_

SR. DPY CLERK/DPY CLERK: _____   TELEPHONE: _____

_Please do NOT return to law clerk. All filings are to be returned to the Civil Division at the above address._

Admin – Civil Return Checklist (6-8-11)

**TURNER INDUSTRIES GROUP**
Turner Industrial Maintenance, L.L.C.
P.O. BOX 2750
BATON ROUGE, LOUISIANA 70821

192382   Johnson, Paul M.

This check is for wages owed to you from Turner Industrial Maintenance,

ROUTE CODE: MAIL
CRAFT: IW

CHECK NUMBER: 8569167
CHECK DATE: 11/02/12
PPE DATE: 10/28/12

### STATEMENT OF EARNINGS AND DEDUCTIONS

| PERIOD EARNINGS | HOURS | RATE | AMOUNT | DESCRIPTION | PERIOD AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|---|---|---|---|
| Regular Pay | 10.00 | 23.980 | 239.80 | --Gross Pay-- | 239.80 | 43,942.78 |
| UnionH/WCo T | | | 28.00 | Fed Fit W/H | | 1,778.06 |
| Union Pens.T | | | 42.00 | Fed Fica W/H | 7.90 | 1,836.94 |
| UnionAppHR T | | | 1.50 | Fed Med W/H | 2.73 | 634.18 |
| UnionAppAddT | | | 0.80 | LA Sit W/H | | 1,095.58 |
| Impact Fund | | | 1.90 | Garnishment | 4.67 | 4,787.91 |
| | | | | Union Dues % | 4.80 | 878.89 |
| | | | | Union Dues T | 1.00 | 159.66 |
| | | | | Union Pol Ed | 1.20 | 42.00 |
| | | | | UN Pens Adj | 51.50 | 206.00 |

## Form 1099-A (First)

**LENDER:**
328 FLICKER STREET
BATON ROUGE, LA REPUBLIC [70807]

**LENDER'S federal identification number:** 436379288
**BORROWER'S identification number:** REFUSED

**BORROWER'S name:** Unknown Recipient
TMY: FAMILY FINANCIAL SERVICE
446 NORTH FOSTER DR
BATON ROUGE, LA 70806

**Account number:** 1096059A

**Date of lender's acquisition:** 03-11-2009
**Balance of principal outstanding:** $2882.25
**Fair market value of property:** $4538.41

**Description of property:** COURT JUDGMENT
SUIT NUMBER 09-03136-A

Form 1099-A — Acquisition or Abandonment of Secured Property — 2012 — Copy A

---

MT-4

## Form 1099-A (Second)

8080  ☐ VOID  ☐ CORRECTED

**LENDER:**
PAUL M JOHNSON
328 FLICKER STREET
BATON ROUGE, LA REPUBLIC [70807]

**LENDER'S federal identification number:** 436379288
**BORROWER'S identification number:** REFUSED

**BORROWER'S name:** Unknown Recipient
TMY: NEWMAN, MATHIS, BRADY & SPEDALE
3301 NORTH BOULEVARD
BATON ROUGE, LA 70806

**Account number:** C903136-A

**Date of lender's acquisition:** 03-11-2009
**Balance of principal outstanding:** $2882.25
**Fair market value of property:** $4538.41

Checkbox — borrower personally liable: [X]

**Description of property:** COURT JUDGMENT
09-03136-A

Form 1099-A — Acquisition or Abandonment of Secured Property — 2012 — Copy A

---

## Form 1099-A (Third)

8080  ☐ VOID  ☐ CORRECTED

**LENDER:**
PAUL M JOHNSON
328 FLICKER STREET
BATON ROUGE, LA REPUBLIC [70807]

**LENDER'S federal identification number:** 436379288
**BORROWER'S identification number:** REFUSED

**BORROWER'S name:** Unknown Recipient
TMY: EBR CITY COURT
233 ST. LOUIS STREET ROOM 351
BATON ROUGE, LA 70806

**Account number:** C903136-A

**Date of lender's acquisition:** 03-11-2009
**Balance of principal outstanding:** $2882.25
**Fair market value of property:** $4538.41

Checkbox — borrower personally liable: [X]

**Description of property:** # COURT JUDGEMENT
09-03136-A

Form 1099-A — Acquisition or Abandonment of Secured Property — 2012 — Copy A

ATT-6

## Form 1099-OID (top form, partially visible)

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
(top cut off)
BATON ROUGE LA REPUBLIC [70807]

| PAYER'S federal identification number | RECIPIENT'S identification number |
|---|---|
| 436379255 | REVISED |

**RECIPIENT'S name:** UNKNOWN RECIPIENT
TMY-(NOJ) FAMILY FINANCIAL SERVICE

**Street address:** 646 NORTH FOSTER DRIVE
**City, state, ZIP:** BATON ROUGE LA 70806
**Account number:** 1096059A

- 3 Early withdrawal penalty: (blank)
- 4 Federal income tax withheld: $4538.41
- 5 Description: COURT JUDGEMENT # 09-03136-A
- 6 Original issue discount on U.S. Treasury obligations: $2882.28
- 8 State: LA | 9 State identification no.: 117 | 10 State tax withheld: $9,000%

---

## Form 1099-OID (middle)

9696   ☐ VOID   ☐ CORRECTED

**PAYER'S name, street address, city, state, ZIP code, and telephone no.:**
PAUL M JOHNSON
328 FLICKER STREET
BATON ROUGE LA REPUBLIC [70807]

- 1 Original issue discount for 2012: $2882.28
- OMB No. 1545-0117
- 2012 Form 1099-OID
- Original Issue Discount

| PAYER'S federal identification number | RECIPIENT'S identification number |
|---|---|
| 436379255 | REVISED |

**RECIPIENT'S name:** UNKNOWN RECIPIENT
TMY-(NOJ) NEWMAN, MATHIS, BRADY & SPEDALE

**Street address:** 3301 NORTH BOULEVARD
**City, state, ZIP:** BATON ROUGE LA 70806
**Account number:** 0903136A-1096059A

- 3 Early withdrawal penalty: (blank)
- 4 Federal income tax withheld: $4538.41
- 5 Description: COURT JUDGEMENT # 09-03136-A
- 6 Original issue discount on U.S. Treasury obligations: $2882.28
- 8 State: LA | 9 State identification no.: 117 | 10 State tax withheld: $9,000%

---

## Form 1099-OID (bottom)

9696   ☐ VOID   ☐ CORRECTED

**PAYER'S name, street address, city, state, ZIP code, and telephone no.:**
PAUL M JOHNSON
328 FLICKER STREET
BATON ROUGE LA REPUBLIC [70807]

- 1 Original issue discount for 2012: $2882.28
- OMB No. 1545-0117
- 2012 Form 1099-OID
- Original Issue Discount

| PAYER'S federal identification number | RECIPIENT'S identification number |
|---|---|
| 436379255 | REVISED |

**RECIPIENT'S name:** UNKNOWN RECIPIENT
TMY-(NOJ) EBR CITY COURT

**Street address:** 233 ST. LOUIS STREET
**City, state, ZIP:** BATON ROUGE LA 70806
**Account number:** 0903136A-1096059A

- 3 Early withdrawal penalty: (blank)
- 4 Federal income tax withheld: $4538.41
- 5 Description: COURT JUDGEMENT # 09-03136-A
- 6 Original issue discount on U.S. Treasury obligations: $2882.28
- 8 State: LA | 9 State identification no.: 117 | 10 State tax withheld: $9,000%

**Form 1 (top):**

328 FLICKER STREET
BATON ROUGE LA REPUB [70807]

436379288 | REFUSED
Unknown Recipient

Amy- FAMILY FINANCIAL SERVICE
646 NORTH FOSTER DR
BATON ROUGE LA 70806
1096059A

$1756.13

LAW SUIT SETTLEMENT
09-03136-A
BRCA CITY COURT

C | $4538.41

---

**Form 2 (middle):** 8585

PAUL M JOHNSON
328 FLICKER STR
BATON ROUGE LA Repub [70807]

01-15-2012
$4538.41
$1756.13

436379288 | REFUSED
Unknown Recipient

Amy- NEWMAN, MATHES, BRADY & SPEDALE
3301 NORTH BOULEVARD
BATON ROUGE LA 70806
1096059A

Identifiable Event
Court Judgement
# 09-03136-A

C | $4538.41

---

**Form 3 (bottom):** 8585

PAUL M JOHNSON
328 FLICKER STR
BATON ROUGE LA Repub [70807]

01-15-2012
$4538.41
$1756.13

436379288 | REFUSED
Unknown Recipient

Amy- EBR CITY COURT
233 ST. LOUIS
BATON ROUGE LA
1096059A

Identifiable Event
Court Judgement
# 09-03136-A

C | $4538.41

| ☐ VOID | ☐ CORRECTED | | | |
|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1 Original issue discount for 2009<br>$ | OMB No. 1545-0117<br>2009<br>Form **1099-OID** | **Original Issue Discount** |
| | | 2 Other periodic interest<br>$ | | |
| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ | **Copy C**<br>**For Payer** |
| RECIPIENT'S name | | 5 Description | | For Privacy Act and Paperwork Reduction Act Notice, see the 2009 General Instructions for Forms 1099, 1098, 3921, 3922, 5498, and W-2G. |
| Street address (including apt. no.) | | 6 Original issue discount on U.S. Treasury obligations<br>$ | | |
| City, state, and ZIP code | | 7 Investment expenses<br>$ | | |
| Account number (see instructions) | | 2nd TIN not.<br>☐ | | |

Form **1099-OID**                                                                    Department of the Treasury - Internal Revenue Service

| ☐ VOID | ☐ CORRECTED | | | |
|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1 Original issue discount for 2009<br>$ | OMB No. 1545-0117<br>2009<br>Form **1099-OID** | **Original Issue Discount** |
| | | 2 Other periodic interest<br>$ | | |
| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ | **Copy C**<br>**For Payer** |
| RECIPIENT'S name | | 5 Description | | For Privacy Act and Paperwork Reduction Act Notice, see the 2009 General Instructions for Forms 1099, 1098, 3921, 3922, 5498, and W-2G. |
| Street address (including apt. no.) | | 6 Original issue discount on U.S. Treasury obligations<br>$ | | |
| City, state, and ZIP code | | 7 Investment expenses<br>$ | | |
| Account number (see instructions) | | 2nd TIN not.<br>☐ | | |

Form **1099-OID**                                                                    Department of the Treasury - Internal Revenue Service